

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PECK,        ) | Case No.  CV 07-1618-DDP (RNB) |
|            Plaintiff,        ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|      v.                          ) | |
| CITY OF LOS ANGELES,   ) | |
|            Defendant.       ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Magistrate Judge's Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

//
//
//
//
//
//

1    IT THEREFORE IS ORDERED that (1) plaintiff's motion for summary

2  judgment is denied, (2) defendant's cross-motion for summary judgment with respect to

3  plaintiff's claims for declaratory relief and punitive damages is granted, and (3)

4  defendant's cross-motion for summary judgment with respect to plaintiff's other claims

5  for damages arising from the City's past enforcement of LAMC §§ 42.15 and 63.44(b)(7)

6  is denied.

7

8  Dated: _____

9                                DEAN D. PREGERSON
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28